DIXIE FEED & SEED CO., INC., ET AL. *v.* BYRD.

No. 311.  Decided October 19, 1964.

*W. Neil Thomas, Jr.,* for appellants.

*H. Keith Harber* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

BOINEAU ET AL. *v.* THORNTON, SECRETARY OF STATE OF SOUTH CAROLINA, ET AL.

No. 483.  Decided October 19, 1964.

*Ralph E. Becker* for appellants.

*Daniel R. McLeod,* Attorney General of South Carolina, and *Clarence T. Goolsby, Jr.,* and *Everett N. Brandon,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.